UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN FARBER,

Plaintiff,

-against-

THE WALT DISNEY COMPANY,

Defendant.

24-CV-391 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Disney's motion for reconsideration, Dkt. 71, fails to identify any "controlling decisions or [facts] that the court overlooked." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). So that motion is DENIED. The parties also request a conference "[b]ecause the Court's decision on the motion for reconsideration may impact the scope of the trial and the pretrial filings." Dkt. 79. Since the Court has now ruled on the motion for reconsideration, that motion is DENIED as moot. Trial is scheduled for November 2, 2026. *See* Dkt. 76. On or before September 23, 2026, the parties should jointly provide (1) their availability for a final pretrial conference the week of October 26, and (2) a proposed schedule for pretrial filings. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 71 and Dkt. 79.

SO ORDERED.

Dated: September 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge