UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN FARBER,

Plaintiff,

-against-

THE WALT DISNEY COMPANY,

Defendant.

24-CV-391 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties' joint request for a continuance of the trial date is GRANTED. The trial is reset for February 8, 2027. The pretrial conference scheduled for October 29, 2026 is canceled. Consistent with the parties' letter, the parties should participate in a full-day in-person mediation by November 24, 2026. Following the mediation, the parties will report the outcome to the Court. If the mediation is unsuccessful, the parties should propose dates for the pretrial conference and necessary filings.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge